UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>LESTER DANE BLANTON, II,<br><br>                Defendant. | CASE NO. 25-184-RSM<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with possession of a controlled substance with intent to distribute and unlawful possession of a firearm on or about August 20, 2025. If convicted, he faces a mandatory minimum term of imprisonment. Defendant has a lengthy criminal history that includes convictions for Theft of a Firearm, Assault 2; possession of stolen property; vehicular assault; as well as other misdemeanor, and juvenile matters. In 2011, he was sentenced in this Court to a term of imprisonment of 180 months for Possession to distribute methamphetamine and carrying a firearm in relation to a drug trafficking offense. His term of supervision for this offense began in May 2025. In July, 2025, the probation office alleged he had violated conditions

DETENTION ORDER - 1

of supervision by using controlled substances, failing to report for drug testing, possessing a firearm and associating with a felon. Upon his arrest for these alleged violations, he stipulated to detention. As Defendant is charged with committing felony offenses while on supervised release and has also not contested detention in this case. The finds Defendant has failed to overcome the rebuttable presumption that he is both a flight risk and a danger to the community.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 18th day of September, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2